KTF:SMF
F. #2024R00736

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
\*   FEBRUARY 28, 2025   \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MIKE JOSIE
    also known as "Mike Joise,"

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 25-CR-76
(T. 18, U.S.C., §§ 113(a)(6), 2 and 3551 et seq.)

Judge Frederic Block
Magistrate Judge Lois Bloom

THE GRAND JURY CHARGES:

ASSAULT IN A FEDERAL DETENTION FACILITY

On or about May 26, 2024, within the Eastern District of New York, and within the special maritime and territorial jurisdiction of the United States, namely, the Metropolitan Detention Center in Brooklyn, New York, the defendant MIKE JOSIE, also known as "Mike Joise," together with others, did knowingly and intentionally assault John Doe-1, an individual whose identity is known to the Grand Jury, which assault resulted in serious bodily injury.

(Title 18, United States Code, Sections 113(a)(6), 2 and 3551 et seq.)

A TRUE BILL

/s/
_____
FOREPERSON

By David Pitluck, Assistant U.S. Attorney
JOHN J. DURHAM
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK