**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*   FEBRUARY 28, 2025   *
BROOKLYN OFFICE

25-CR-76
Judge Frederic Block
Magistrate Judge Lois Bloom

1. Title of Case: United States v. Mike Josie

2. Related Magistrate Docket Number(s): _____

3. Arrest Date: _____

4. Nature of offense(s):    ☒ Felony
                            ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:    Less than 6 weeks    ☒
                                 More than 6 weeks    ☐

7. County in which crime was allegedly committed: Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]    ☐ Yes    ☒ No

9. Has this indictment/information been ordered sealed?    ☒ Yes    ☐ No

10. Have arrest warrants been ordered?    ☒ Yes    ☐ No

11. Is there a capital count included in the indictment?    ☐ Yes    ☒ No

JOHN J. DURHAM
United States Attorney

By:    /s/
Sean Fern
Assistant U.S. Attorney
Sean.Fern2@usdoj.gov
718-254-6195

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 1/11/25