SMF
F.# 2024R00736

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MIKE JOSIE
      also known as "Mike Joise,"

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ ORDER

CR 25-76 (FB)

      Upon the application of JOHN J. DURHAM, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Sean Fern, for an order unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:  Brooklyn, New York
         March 3, 2025

                                        */s/ James R. Cho*
                               HONORABLE JAMES R. CHO
                                UNITED STATES MAGISTRATE JUDGE
                               EASTERN DISTRICT OF NEW YORK