

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SMF
F. #2024R00736

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 3, 2025

By E-mail

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Mike Josie
               Criminal Docket No. 25-76 (FB)

Dear Judge Scanlon:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                     Respectfully submitted,

                     JOHN J. DURHAM
                     United States Attorney

            By:     /s/
                    Sean Fern
                    Assistant U.S. Attorney
                    (718) 254-6195

Enclosure

cc:    Clerk of Court (by ECF)
       Eylan Schulman, Esq. (by ECF)